UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff**(s):    **Robert Campos , Plaintiff;** | **Defendant**(s): **Salt River Project Agricultural Improvement and Power District, a political subdivision of the State of Arizona , Defendant;** |
| County of Residence: Maricopa | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Maricopa | |

Plaintiff's Atty(s):

**Anjali Patel , Attorney**
Tyler Allen Law Firm
4201 N. 24th St, Suite 200
Phoenix, AZ  85016
6029953777
**Christina Locher , Attorney**
Tyler Allen Law Firm
4201 N. 24th St
Phoenix, AZ  85016
6029953777

Defendant's Atty(s):

**Helen Holden , Attorney**
Spencer Fane LLP
2415 E Camelback Rd #600
Phoenix, AZ  85016
6023335430

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

| | |
|---|---|
| <u>II. Basis of Jurisdiction</u>: | **1. U.S. Government Plaintiff** |
| <u>III. Citizenship of Principal Parties</u>**(Diversity Cases Only)** | |
| Plaintiff:- | **1 Citizen of This State** |
| Defendant:- | **4 AZ corp or Principal place of Bus. in AZ** |
| <u>IV. Origin</u> : | **1. Original Proceeding** |
| <u>V. Nature of Suit</u>: | **442 Employment** |
| <u>VI.Cause of Action</u>: | **Discrimination Based Upon Sex/Disparate Treatment (Title VII, 42 U.S.C. § 2000e et al. and ACRA) Discrimination Based Upon Age (Age Discrimination in Employment Act, 29 U.S.C. §621 et seq. and ACRA) Hostile Work Environment (Title VII, 42 U.S.C. § 2000e et al., ACRA and ADEA) Retaliation in Violation of Title VII (42 U.S.C. § 2000e et al.)) Retaliation (Age Discrimination in Employment Act) Plaintiff, Robert Campos, brings this action against Defendant for violations of Title VII of the Civil Rights Act of 1964 ("Title VII"), the Age Discrimination in Employment Act of 1967 ("ADEA") and the Arizona Civil Rights Act ("ACRA"), A.R.S. §41-1463(B)(1), which prohibits discrimination against an individual "with respect to the individual's compensation, terms, conditions or privileges of employment because of the individual's race, color, religion, sex, age or national origin or on the basis of disability." Defendant is Plaintiff's former employer. Despite Plaintiff's demonstrated success, Defendant discriminated against Plaintiff on the basis of Plaintiff's age (over 40 at all** |

**times relevant to the claims stated herein) and then retaliated against Plaintiff for his complaints of same. Defendant also harassed and discriminated against Plaintiff on his protected class and retaliated against Plaintiff for his complaints, culminating in his wrongful termination.**

Case 2:26-cv-04398-SHD   Document 1-1   Filed 06/23/26   Page 2 of 2

VII. Requested in Complaint

Class Action:  **No**

Dollar Demand:  **Damages per proof at trial**

Jury Demand:  **Yes**

VIII. This case **is not related** to another case.

---

**Signature:** Christina Locher

**Date:** 06/23/2026

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014

Case 2:26-cv-04398-SHD   Document 1-1   Filed 06/23/26   Page 2 of 2